IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SURGICOMM CORP., a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | 8:22CV3166<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

This case is before the Court on the parties' Stipulated Notice of Dismissal. Filing 21. It is signed by both parties in the case. *Se*e Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED that the parties' Stipulated Notice of Dismissal, Filing 21, is granted, and this action is dismissed with prejudice with each party to bear its own costs, expenses, and attorney fees.

Dated this 21st day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1